

 Argued April 11, 1984. John F. Ploeger, for appellant; John E. Stember, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.

478 A.2d 66

Tillett v. Great A & P Tea Co.

 Submitted October 20, 1983. Dennis Veneziale, for appellant; Leonard N. Ross, for appellees.

Before McEWEN, BECK and HOFFMAN, JJ.

We affirm the lower court's denial of the instant petition.

June 4, 1984.

478 A.2d 67

In re J.A.W., II.

 Submitted March 19, 1984. Blair P. Warner, for appellant; Edward E. Seguin, for appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Final decree vacated and case remanded for further proceedings. Jurisdiction is relinquished.